AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Jeanette Mangia

*Defendant*

)
) Case: 1:23-mj-00085
) Assigned To : Upadhyaya, Moxila A.
) Assign. Date : 4/24/2023
) Description: Complaint W/ Arrest Warrant
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jeanette Mangia,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(A) (Entering and Remaining on the Floor of Congress)
40 U.S.C. § 5104(e)(2)(C) (Entering and Remaining in Certain Rooms in the Capitol Building)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings)
40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

Date: 04/24/2023

Moxila A. Upadhyaya
*Digitally signed by Moxila A. Upadhyaya*
*Date: 2023.04.24 17:08:11 -04'00'*

*Issuing officer's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/24/2023, and the person was arrested on *(date)* 4/26/2023
at *(city and state)* New Cumberland, PA.

Date: 4/26/2023

*Arresting officer's signature*

SA William Lloyd
*Printed name and title*