IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:23-288-BAH-02 |
| | : | |
| **JEANETTE MANGIA,** | : | |
| Defendant. | : | |

# NOTICE OF APPEARANCE

COMES NOW, Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance on behalf of the Defendant, Jeanette Mangia, in the above-captioned criminal cause effective immediately.

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, P.C.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Tel. No. 301-984-8005
Cell Phone No. 301-807-3847
Fax No. 301-984-8008
aorenberg@orenberglaw.com

Dated: August 31, 2023