IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Case No. 1:23-288-BAH-02 |
| | : | |
| **JEANETTE MANGIA,** | : | |
| **Defendant.** | : | |

### NOTICE OF THE FILING DISCOVERY REQUEST LETTER BY DEFENDANT JEANETTE MANGIA

COMES NOW, Allen H. Orenberg, counsel for the defendant, to respectfully file this Notice of the Filing Discovery Request Letter By Defendant Jeanette Mangia.

Said Discovery Request letter is attached as an Exhibit to this Notice.

Respectfully Submitted,

                                                Allen H. Orenberg, # 395519
                                                The Orenberg Law Firm, P.C.
                                                12505 Park Potomac Avenue, 6th Floor
                                                Potomac, Maryland 20854
                                                Tel. No. 301-984-8005
                                                Cell Phone No. 301-807-3847
                                                Fax No. 301-984-8008
                                                aorenberg@orenberglaw.com

Dated: September 19, 2023