UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-288 (BAH) |
| : | |
| JOSEPH PASTUCCI & : | |
| JEANETTE MANGIA, : | |
| : | |
| Defendants. : | |

**JOINT STATUS REPORT OF THE PARTIES**

The United States, by and through its attorney the United States Attorney for the District of Columbia, and the Defendants, Joseph Pastucci and Jeanette Mangia, by and through their attorneys, hereby provide this Court with the below joint status report.

After conferral, the parties inform this Court that the defendants have rejected the plea offers that were extended to them on November 19, 2023, and expired on January 3, 2024. Each defendant has communicated to the government that they wish to proceed with a stipulated bench trial. The parties have conferred and determined that July 29, August 7, and August 8 are available dates to proceed with a stipulated bench trial. The defendants consent to waiving time under the Speedy Trial Act until August 8, 2024. 18 U.S.C. § 3161, *et seq*.

Therefore, parties respectfully request that this court set this case for stipulated bench trial on July 29, August 7, or August 8, 2024.

Respectfully submitted,

|  |  |  |  |
|---|---|---|---|
| | MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | | JOSEPH PASTUCCI |
| By: | /s/ Sean P. McCauley<br>SEAN P. McCAULEY<br>New York Bar No. 5600523<br>Assistant United States Attorney<br>United States Attorney's Office<br>For the District of Columbia<br>601 D Street NW<br>Washington, DC 20530<br>Sean.McCauley@usdoj.gov | By: | /s/Stephanie L. Cesare<br>STEPHANIE L. CESARE<br>Pennsylvania Bar. No. 308102<br>Abom & Kutulakis, LLP<br>2 West High Street<br>Carlisle, PA 17013<br>(717)249-0900<br>slc@abomkutulakis.com<br><br>JEANETTE MANGIA |
| | | By: | /s/ Allen H. Orenberg<br>ALLEN H. ORENBERG, #395519<br>The Orenberg Law Firm, PC<br>12505 Park Potomac Avenue, 6th Floor<br>Potomac, MD 20854<br>(301)984-8005<br>aorenberg@orenberglaw.com |