# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 23-CR-288(BAH) |
| | : | |
| v. | : | |
| | : | |
| JOSEPH PASTUCCI | : | |
| JEANETTE MANGIA | : | |
| Defendants | : | |

## ORDER OF COURT

**AND NOW,** this _____ day of _____, 2024, upon the request of the Defendants to Dismiss Counts 1, 2, 4, 5, 6, 7, 8, 9, 10, and 11 of the Indictment, said Motion is GRANTED. Counts 1, 2, 4, 5, 6, 7, 8, 9, 10, and 11 of the Indictment are DISMISSED.

**BY THE COURT,**

_____
                                          J.

**Distribution:**
Sean McCauley, Esquire, U.S. Attorney's Office
Stephanie L. Cesare, Esquire
Allen Orenburg, Esquire