# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | Case No. 1:23-288-BAH-02 |
| : | |
| **JEANETTE MANGIA,** : | |
| Defendant. : | |

## NOTICE OF PUBLIC AUTHORITY DEFENSE

Defendant, Jeanette Mangia, through counsel, and pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that she may assert as a defense at trial that he was acting under actual or believed public authority at the time of some of the alleged offenses.

Ms. Mangia submits that, on or about January 6, 2021, she was and believed she was directed and authorized to march to the Capitol building and enter the Capitol Grounds by Donald J. Trump and his various agents and representatives. At the time, Mr. Trump was vested with the full authority of the Executive Branch as President of the United States of America and was acting under color of that authority.

-1-

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. (301)301-807-3847
Fax No. (240) 238-6701
aorenberg@orenberglaw.com
Counsel for Jeanette Mangia

## CERTIFICATE OF SERVICE

I hereby certify on the 21st day of May, 2024, a copy of the foregoing Defendant's Notice of Public Authority Defense was delivered to the parties of record, by CM/ECF pursuant to the rules of the Clerk of Court.

_____
Allen H. Orenberg