**LEAVE TO FILE GRANTED
June 5, 2024**

# notice [23-CR-288 (BAH)]

beryl howell (acting administrator)

greetings...

amen i man serve living notice upon you that the (wo)man named jeanette-theresa.: mangia is my property, and to advise you that i do not agree to any offer made by actors of the foreign to america corporation created by the district of columbia act of eighteen seventy one, known to i as united states. (UNITED STATES) i have no issue compensating any man with a valid claim of a wrong or damages caused by my property, but i require an itemized bill showing damages caused by my property, accompanied by the proof she is who caused the damage, and the man who is claiming him or the business he 'owns' was damaged by her to face i man to man to settle any debt. what man claims my property caused him damages? businesses are run and owned by man and can not run or be created without man. it is my knowledge that an attorney named allen orenberg is attempting to coerce her. i am witness to paper correspondance

and communications by phone. it is clear to i he has allegiances which prevent him from opposing them causing a conflict of interest. is it your intent to promote lawlessness? (corpus juris secundum legal encyclopedia volume seven section four) i gave no man nor other entity the right nor authority to administer my property. any agreements she has made without having knowledge of others allegiances and obligations, and the knowledge of the false and fraudulent use of capital (block) letters is null and void. the living law shows my authority, for it is written in genesis one verse twenty eight, "and god blessed them and god said unto them, be fruitful, and multiply, and replenish the earth, and subdue it and have dominion over the fish of the sea and over the fowl of the air, and over every living thing that moveth upon the earth." it is also written in luke ten verse nineteen, "behold i give unto you power to tread on serpents and scorpions, and over all the power of the enemy and nothing shall by any means hurt you." it is also written in isiaih fifty four verse seventeen, "no weapon formed against thee shall prosper, and every tongue that shall rise against

thee in judgment thou shalt condemn. this is the heritage of the servants of the lord, and their righteousness is of me saith the lord." it is also written in mark ten verses seven through nine, "for this cause shall a man leave his father and mother, and cleave to his wife and they twain shall be one flesh so then they are no more twain, but one flesh. what therefore god hath joined together let no man put asunder." i require to know what man threatens i?i look forward to having this situation settled within thirty days of receipt of this notice.

all authority, rights, and protections reserved in law. sixteen april two thousand twenty four

          aman

        timothy-andrew:young

jeanette-theresa:mangia

timothy-andrew: young
care of roger nenninger

403 davis street
harrisburg, pennsylvania
17109-9998

beryl howell (acting administrator)
care of angela caesar (acting clerk of court)
united states district court
333 constitution avenue N.W.
washington D.C.
20001-9998

APR 2 2 2024

U.S. POSTAGE PAID
PM
HARRISBURG, PA 17112
APR 19, 2024
$9.85
R2305E124650-39

Retail
20001
RDC 03   0 Lb 0.80 Oz

PRIORITY® MAIL
FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT
APPLY PRIORITY MAIL POSTAGE HERE

EXPECTED DELIVERY DAY: 04/22/24
USPS TRACKING® #

EP14H August 2020 Outer Dimension: 10 x 5
For international