UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **Criminal Case No. 23-288 (BAH)** |
| **JEANETTE MANGIA** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the sealed and ex parte motion by Defendant for an examination of the mental competency of Defendant, pursuant to 18 U.S.C. § 4241, ECF No. 68-2, and defendant's *pro se* submission to the Court, ECF No. 69, it is hereby--

**ORDERED** that Defendant be examined as soon as practicable by the psychological or psychiatric staff of the D.C. Department of Behavioral Health, Pretrial and Assessment Branch ("DBH"), for the purpose of a forensic screening for a preliminary assessment of Defendant's competency, and that after such examination a report be made to this Court as to:

(1) Whether Defendant is presently mentally competent to understand the proceedings against her and to properly assist in the preparation of her defense; and

(2) If the answer to the preceding question is in the negative, whether the examining clinical psychologist believes Defendant should be transferred to a mental facility for further examination and treatment; it is further

**ORDERED** that defendant be physically present at the offices of her counsel either in Washington, D.C. or Rockville, Maryland when the forensic screening is performed, and that defense counsel promptly coordinate the scheduling of this forensic screening with DBH to ensure that defendant is physically present as required; it is further

**REQUESTED** that the report generated as a result of this initial screening be completed by **June 21, 2024**, subject to the availability of staff resources to honor this request, which report will be made available by the Court to the parties; it is further

**ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of DBH for the preliminary competency examination and report. The AUSA should coordinate payment through Tina Wall and/or Sallie Rynas of the United States Attorney's Office for the District of Columbia; and it is further

**ORDERED** that the parties shall appear for a further hearing on this matter on **June 27, 2024 at 9:30 AM**, before the undersigned in Courtroom 26A.

**SO ORDERED**.

Date:   June 5, 2024

_____
**BERYL A. HOWELL**
United States District Judge