

*Leave to file granted.*

*Beryl A. Howell* 6/14/2024
BERYL A. HOWELL   DATE
JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Forensics Services Division.
35 K Street, NE
Washington, DC 20002
Court – Phone: (202) 879-1390/1758
Fax: (202) 879-1631/1734

June 14, 2024

The Honorable Judge Beryl Howell
United States District Court
For the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Re: Jeanette Mangia
Case #: 23-288 (BAH)

Dear Judge Howell;

On June 14, 2024, the defendant was scheduled to report to her attorney's office to participate in a court ordered competency examination. This writer and her attorney appeared via Zoom and waited several minutes for the defendant to report. However, Ms. Mangia failed to report for the meeting. Thus, I am unable to offer an opinion on the defendant's competency to stand trial. Our office will await further instructions from the Court.

Sincerely,

*Teresa Grant, PhD*

Teresa Grant, Ph.D.
Licensed Clinical Psychologist