# notice [1:23-cr-0288-BAH]

beryl a howell   (acting administrator)

greetings...

a men: i woman received threatening correspondence from your office. (see attached) what man threatens i ?. i filed no "motions", nor have i authorized any man to file any such "motion", nor was i ever corresponded with or consulted about any such "motion". the order you placed can not be filled as i have no idea the amount of damage that would be caused i to assist in your endeavor. it is also my strict business policy that any order placed with i be preceded by a cash payment of seven hundred seventy seven million dollars thirty days in advance of i assisting in such questionable orders. i look forward to receiving your good faith cash payment or your cancellation of order notice.

all authority, rights, and protections reserved in law
five june two thousand twenty four

a man
jeanette-theresa: mangia

timothy-andrew: young