# notice

beryl howell  (acting administrator)

amen i man notice you that i am filing a claim against you for knowingly and intentionally commiting fraud, threats, and coercion against i and the living woman jeanette-theresa: mangia who is my property. you were sent notice prior to this notice which i have proof that you received. you have intentionally ignored my notice, and failed to answer the questions asked there in within the thirty days as required wich ended twenty two may two thousand twenty four. i now have reason to believe you are not competent to comprehend the english language, and have intent to commit treason against man.

all authority, rights, and protections reserved in law.
eleven june two thousand twenty four

aman
timothy-andrew: young

roger-emil: henninger