jeanette-theresa: mangia

233 S. 2nd street
Steelton Pensylvania
17113-9998

beryl a. howell (acting administrator)
care of clerk of courts

333 constitution avenue, N.W.
washington D.C.

20001-9998