# PRIORITY MAIL EXPRESS®

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

U.S. POSTAGE PAID
PME
HARRISBURG, PA
JUN 11, 2024
$30.45
S2324K503547-23

**FROM:** (PLEASE PRINT)
jeanette-theresa: mangia
233 south second street
steelton pennsylvania
17113-9998

**TO:** (PLEASE PRINT)
beryl howell (acting administrator
care of clerk of courts
333 constitution avence, N.W.)
washington, D.C.
2 0 0 0 1 - 9 9 9 8

PO ZIP Code: 17112
Date Accepted: 6-11-24
Time Accepted: 1234
Scheduled Delivery Date: 6-12-24
Scheduled Delivery Time: 6:00 PM
Postage: $30.45
Total Postage & Fees: $30.45
Weight: 4 ozs.
Employee Signature: XL

PS10001000006
EP13F July 2022