IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:23-288-BAH-02 |
| | : | |
| JEANETTE MANGIA, | : | |
| Defendant. | : | |

### MOTION TO VACATE JULY 29, 2024 TRIAL DATE

COMES NOW, Allen H. Orenberg, counsel for the defendant, and hereby requests the entry of an Order vacating the trial date presently set for July 29, 2024. As grounds, the following is stated:

1. This motion is opposed by AUSA Sean P. McCauley.

2. On April 18, 2024, the Court issued a Minute Order scheduling the trial of this matter for July 29, 2024, at 9:00 a.m.

3. On June 20, 2024, undersigned counsel filed a pleading under seal. For the reasons cited in that sealed motion, counsel requests te Court to vacate the July 29th trial date.

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, counsel for defendant Jeanette Mangia respectfully requests the entry of an Order vacating the trial date presently set for July 29, 2024.

1

Respectfully Submitted,

_____
Allen H. Orenberg, # 395519
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20850
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of June, 2024, I caused to be filed the foregoing Motion to Vacate the July 29, 2024, Trial Date, and a proposed Order, which will be served by CM/ECF to all case registered parties and by postage pre-paid first class mail and by direct e-mail to:

Jeanette Mangia
233 South 2nd Street
Steelton, PA 17113

_____
Allen H. Orenberg