AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Jeanette Mangia | ) Case: 1:23-mj-00085<br>) Assigned To : Upadhyaya, Moxila A.<br>) Assign. Date : 4/24/2023<br>) Description: Complaint W/ Arrest Warrant |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jeanette Mangia                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) (Assaulting, Resisting, or Impeding Certain Officers)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted  Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(4) (Engaging in Physical Violence in a Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(A) (Entering and Remaining on the Floor of Congress)
40 U.S.C. § 5104(e)(2)(C) (Entering and Remaining in Certain Rooms in the Capitol Building)
40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building)
40 U.S.C. § 5104(e)(2)(F) (Act of Physical Violence in the Capitol Grounds or Buildings)
40 U.S.C. § 5104(e)(2)(G)(Parading, Demonstrating, or Picketing in a Capitol Building)

Date:    04/24/2023

Moxila A. Upadhyaya    Digitally signed by Moxila A.
                        Upadhyaya
                        Date: 2023.04.24 17:08:11 -04'00'

*Issuing officer's signature*

City and state:    Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/24/2023 , and the person was arrested on *(date)* 4/26/2023<br>at *(city and state)* New Cumberland, PA .<br><br>Date: 4/26/2023 _____<br>*Arresting officer's signature*<br><br>SA William Lloyd<br>*Printed name and title* |

**MINUTE SHEET OF PROCEEDINGS HELD BEFORE**
**DARYL F. BLOOM, UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| USA v. | Jeanette Mangia | | CRIMINAL NO. | 1:24-MJ-0060 |
|---|---|---|---|---|

| Courtroom No. 5 | Date | 7/17/2024 | Time Commenced | 2:15 p.m. | Time Terminated | 2:25 p.m. |
|---|---|---|---|---|---|---|

| Charging Document: | X | Indictment | | Information | | Petition for Revocation | | Criminal Complaint |
|---|---|---|---|---|---|---|---|---|

| | X | Felony | | Misdemeanor | | Petty Offense |
|---|---|---|---|---|---|---|

| Nature of Hearing: | Initial Appearance – Rule 40 Arrest |
|---|---|
| Gov't Counsel: | K. Wesley Mishoe, AUSA |  **Defense Counsel**: Thomas A. Thornton, AFPD |
| Interpreter: | | **Retained ( )  CJA ( )   FPD ( X )** |

| X | Defendant Advised of Rights, Charges, Penalties | X | Defendant Requests Court Appointed Counsel | | Appointed  Yes X  NO ☐ |
|---|---|---|---|---|---|

| | Plea Entered | | Guilty | | Not Guilty | | Sentencing Deferred Pending PSI |
|---|---|---|---|---|---|---|---|

| | Jury Selection/Trial Scheduled For: | |
|---|---|---|
| | Preliminary Examination Scheduled For: | |
| | Detention Hearing and/or Arraignment | |

**REMARKS**:  Court opened and case called.  Defendant appeared with standby counsel.  Defendant informed of rights, charges and penalties.  Defendant requests court appointed counsel – GRANTED. FPD appointed.  Defendant waives formal reading of the revocation motion.  Court orders the defendant detained pending transfer to the District of Columbia. Counsel may keep copies of the bail reports. Court is adjourned.

Court Reporter:  Wes Armstrong ( )    Lori Shuey ( )     Wendy Yinger ( )

Digitally Recorded (X) – Zoom Recording Saved to Network Drive

Courtroom Deputy:  Kevin J. Neary

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:24-MJ-00060 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| JEANETTE MANGIA, | : | **FILED** |
| | : | HARRISBURG, PA |
| Defendant | : | JUL 17 2024 |
| | | PER_____ |
| | | DEPUTY CLERK |

### ORDER

Upon a finding that the defendant is financially unable to obtain counsel,

**IT IS ORDERED** that the Federal Public Defender, 100 Chestnut Street, Suite 306, Harrisburg, Pennsylvania, 17101, telephone number (717) 782-2237, is appointed to represent the defendant in all Middle District of Pennsylvania Rule 5 proceedings.

Daryl F. Bloom
United States Magistrate Judge

Dated: JULY 17, 2024

AO 466 (Rev. 01/12) Waiver of Rule 32.1 Hearing (Violation of Probation or Supervised Release)

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

**FILED**
HARRISBURG, PA
JUL 17 2024
PER _____
DEPUTY CLERK

| United States of America | ) | |
| v. | ) | Case No.   CR-23-288-02 (BAH) |
| ~~JEANETTE MANGIA~~   *JEANETTE MANGIA* | ) ) ) | |
| *Defendant* | ) | Charging District's Case No.   1:24-MJ-0060 |

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of ~~probation or supervised~~ *PRE-TRIAL* release in a case

pending in another district, the *(name of other court)*            District of Columbia            .

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)     a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to have occurred in this district; and

(5)     a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

❐     an identity hearing and production of the judgment, warrant, and warrant application.

❐     a preliminary hearing.

❐     a detention hearing.

☒     an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:      7/25/24

*Jeanette mangia*
*Defendant's signature*

_____
*Signature of defendant's attorney*

*T.A. THORNTON*
*Printed name of defendant's attorney*

AO 94  (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

FILED
HARRISBURG, PA
JUL 17, 2024
PER _____
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   1:24-mj-00060-DFB-1 |
| JEANETTE MANGIA | ) |
| _____ | ) Charging District's |
| *Defendant* | ) Case No.   CR-23-288-02 (BAH) |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of Columbia _____,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ .

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  JULY 17, 2024

_____
*Judge's signature*

Daryl F. Bloom, U.S. Magistrate Judge
*Printed name and title*

CLOSED

# United States District Court
## Middle District of Pennsylvania (Harrisburg)
## CRIMINAL DOCKET FOR CASE #: 1:24–mj–00060–DFB All Defendants
### *Internal Use Only*

Case title: USA v. Mangia

Date Filed: 07/17/2024

Date Terminated: 07/17/2024

Assigned to: Magistrate Judge
Daryl F. Bloom

**Defendant (1)**

| | | |
|---|---|---|
| **Jeanette Mangia**<br>*TERMINATED: 07/17/2024* | represented by | **Thomas A. Thornton**<br>Federal Public Defender<br>100 Chestnut St<br>Suite 306<br>Harrisburg, PA 17101<br>717–782–2237<br>Email: thomas_thornton@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Motion to Revoke Release Order | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kenneth Wesley Mishoe**<br>United States Attorney's Office<br>Sylvia H. Rambo United States Courthouse<br>1501 N. 6th Street<br>Box 202<br>Harrisburg, PA 17102<br>717–614–4909<br>Email: kenneth.mishoe@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/17/2024 | 1 | ARREST WARRANT as to Jeanette Mangia (1). (Attachments: # 1 Motion to Revoke) (kjn) (Entered: 07/17/2024) |
| 07/17/2024 | 2 | (Court only) Minute Entry for proceedings held before Magistrate Judge Daryl F. Bloom:Initial Appearance in Rule 40 Proceedings as to Jeanette Mangia held on 7/17/2024. (Tape #Digitally Recorded – Saved to Network Drive.)Total Time in Court [:10] (kjn) (Entered: 07/17/2024) |
| 07/17/2024 | 3 | CJA 23 – FINANCIAL AFFIDAVIT by Jeanette Mangia. (kjn) (Entered: 07/17/2024) |
| 07/17/2024 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jeanette Mangia. Signed by Magistrate Judge Daryl F. Bloom on July 17, 2024. (kjn) (Entered: 07/17/2024) |
| 07/17/2024 | 5 | WAIVER of of Identity Hearing by Jeanette Mangia. (kjn) (Entered: 07/17/2024) |
| 07/17/2024 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Jeanette Mangia. Defendant committed to District of District of Columbia. Signed by Magistrate Judge Daryl F. Bloom on July 17, 2024. (kjn) (Entered: 07/17/2024) |
| 07/17/2024 |  | (Court only) ***Case Terminated as to Jeanette Mangia. Transfer documents e–mailed to the District of Columbia. (kjn) (Entered: 07/17/2024) |