UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | |
| | : | **Criminal Case No. 23-cr-288-2** |
| **JEANETTE MANGIA,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of the motion by the Defendant for an examination of the mental competency of Defendant, pursuant to 18 U.S.C. § 4241, and the representations made in support thereof, it is this 25th day of July, 2024,

**ORDERED** that Defendant be examined by Dr. Grant, a licensed clinical psychologist for the D.C. Department of Behavioral Health, Pretrial and Assessment Branch ("DBH"), for the purpose of a forensic screening for a preliminary assessment of Defendant's competency, and that after such examination a report be made to this Court as to

(1) Whether Defendant is presently mentally competent to understand the proceedings against him or her and to properly assist in the preparation of his or her defense; and

(2) If the answer to the preceding question is in the negative, does the examining psychiatrist believe Defendant should be transferred to a mental facility for further examination and treatment?

The Court requests, but does not order, that the report generated as a result of this initial screening be completed within 48 hours of Defendant's evaluation by Dr. Grant, subject to the availability of staff resources to honor this request.

It is further **ORDERED** that the United States Marshal, or his designated deputy, transport Defendant to the designated location for purposes of a competency evaluation at the date and time established by Dr. Grant.

It is further **ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of DBH for the forensic screening and report and coordinate payment through the appropriate personnel at the United States Attorney's Office for the District of Columbia.

It is further **ORDERED** that the parties shall appear for a further hearing on this matter on August, 1, 2024 at 9:45 AM in Courtroom 26A In-Person before Judge Beryl A Howell.

**SO ORDERED**.

Date: July 25, 2024

HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE