

# LET THIS BE FILED

Forensics Services Division.
35 K Street, NE
Washington, DC  20002
Court – Phone: (202) 879-1390/1758
Fax:  (202) 879-1631/1734

July 29, 2024

The Honorable Judge G. Michael Harvey
United States District Court
For the District of Columbia
333 Constitution Ave NW
Washington, DC 20001

Re: Jeanette Mangia
Case #: 23-288

Dear Judge Harvey:

On June 14, 2024, the defendant was scheduled to report to her attorney's office to participate in a court ordered competency examination. This writer and her attorney appeared via Zoom and waited several minutes for the defendant to report. However, Ms. Mangia failed to report for the meeting.

On July 29, 2024, this writer was scheduled to meet with the defendant at the Central Treatment Facility. The defendant conveyed, "I don't know why I have to do this…I am fine and know what is going on…I refused because there is no reason for it."

The defendant has failed to report and subsequently refused to participate in court ordered competency examinations. It may be prudent for the court to consider transferring the defendant to a federal facility where she can be properly evaluated.

Sincerely,

*Teresa Grant, PhD*

Teresa Grant, Ph.D.
Licensed Clinical Psychologist