IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    **Crim. No.23cr00288 (BAH)** |
| **v.** | : |
| | : |
| **JEANETTE MANGIA** | : |
| | : |

*(defendant)*

### ENTRY OF APPEARANCE

*COMES NOW*, Elita C. Amato, and enters her appearance pursuant to the Criminal Justice Act.

Respectfully submitted,

/s/

_____
Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

### CERTIFICATE OF SERVICE

I hereby certify that this Entry of Appearance was filed electronically through the ECF filing system on this 1st day of AUGUST 2024, thereby, providing service electronically upon all parties in this case, including Government counsel.

_____/s/_____
Elita C. Amato

1