IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No.23cr00288 (BAH) |
| v. : | |
| : | |
| JEANETTE MANGIA : | |
| : | |

*(defendant)*

## MOTION TO WITHDRAW AND FOR MANGIA TO PROCEED PRO SE

***COMES NOW***, undersigned and moves to withdraw from further representation of Jeanette Mangia and for Ms. Mangia to proceed pro se.  After the Court hearing today in which the Court addressed the defense motion to vacate the Orders for forensic screening for competency, undersigned had an opportunity to speak with Ms. Mangia in the cellblock.  At that time, Ms. Mangia expressed her desire to proceed pro se so that she can speak on her own behalf directly to the Court.  She further expressed no further need of undersigned's legal services.

Based upon Ms. Mangia's wishes and intent to represent herself and to no longer receive the assistance of undersigned counsel, this motion to withdraw is filed.  Ms. Mangia made clear she no longer wants to work with undersigned counsel.

Respectfully submitted,

/s/

_____
Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Motion will be filed electronically through the ECF filing system on this 9th day of AUGUST 2024, thereby, providing service electronically upon all parties in this case, including Government counsel, and will be delivered to defendant Jeanette Mangia through the mail system to CTF where she is currently housed.

_____/s/_____
Elita C. Amato