IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No.23cr00288 (BAH) |
| v. : | |
| : | |
| JEANETTE MANGIA : | |
| : | |

*(defendant)*

## NOTICE TO CORRECT THE RECORD

*COMES NOW*, undersigned and notes her correction to the record. In the motion to Vacate Order(s) of Competency, undersigned asserted that the 3 letters sent to prior counsel were written by Timothy-Andrew Young and not Ms. Mangia. Upon further information, undersigned has now learned that Ms. Mangia may have written one letter.

Respectfully submitted,

/s/

_____
Elita C. Amato
D. C. Bar # 442797
2111 Wilson Blvd., 8th Floor
Arlington, VA 22201
703-522-5900

## CERTIFICATE OF SERVICE

I hereby certify that this Motion will be filed electronically through the ECF filing system on this 9th day of AUGUST 2024, thereby, providing service electronically upon all parties in this case, including Government counsel.

_____/s/_____
Elita C. Amato

1