**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | |
| | : | **Criminal Case No. 23-288 (BAH)** |
| **JEANETTE MANGIA** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the parties' Joint Status Report, ECF No. 100, which addresses the issues raised by (1) the sealed and ex parte motion by then-counsel to defendant for an examination of the mental competency of defendant, pursuant to 18 U.S.C. § 4241, ECF No. 68-2; (2) Defendant's *pro se* submissions to the Court, *see*, e.g., ECF No. 69; (3) this Court's Orders for the completion of a preliminary competency assessment, ECF Nos. 70, 91; (4) Defendant's Motion to Vacate Order(s) of Competency, ECF No. 96; (5) the in-person proceedings held in this case, including on August 9, 2024; and (6) the Government's Opposition to Defendant's Motion to Vacate Order(s) of Competency, ECF No. 101, it is hereby--

**ORDERED** that defendant participate in an in-court colloquy, on September 5, 2024, at 2:00 PM, designed to assess her competency, at which hearing a licensed clinical psychologist for the D.C. Department of Behavioral Health, Pretrial and Assessment Branch ("DBH"), will attend virtually for the purpose of making a preliminary assessment of defendant's competency, and that after the hearing a report be made to this Court as to:

(1) Whether defendant is presently mentally competent to understand the proceedings against her and to properly assist in the preparation of her defense; and

(2) If the answer to the preceding question is in the negative, whether the examining clinical psychologist believes defendant should be transferred to a mental facility for further examination and treatment; it is further

**REQUESTED** that the report generated as a result of the licensed clinical psychologist's assessment at the hearing be completed by **September 20, 2024**, subject to the availability of staff resources to honor this request, which report will be made available by the Court to the parties; and it is further

**ORDERED** that the Assistant United States Attorney assigned to this matter shall immediately submit the paperwork necessary to ensure the timely payment of DBH for the attendance at the competency colloquy and preparation of the report.  The AUSA should coordinate payment through Tina Wall and/or Sallie Rynas of the United States Attorney's Office for the District of Columbia.

**SO ORDERED**.

Date:   September 4, 2024

_____
**BERYL A. HOWELL**
United States District Judge