*Beryl A. Howell*

# notice

sean patrick mc cauley (acting district attorney)

amen

    i woman say this two tier justice system shows a over reach and abuse of power that you do not have the authority to do to i. you as well as the goverment are showing a judical evil that i will never agree with, i am being punished unfairly knowing full well that indiviuals with more offensive actions are being given lighter sentences.    example:

nov. 15, 2023    ruben arthur camacho
- helped move dumpsters to block exit doors.
- pepper sprayed officers. removed bike racks.
- assualted two officers, punching and pushing them.
pleaded guilty to one felony count. sentenced to 48 hrs community service. nothing i did was a crime, but what you and the goverment are trying to do to i is unlawful against man is punishable. you are operating in fraud.

    aman

RESERVED
Mail Room

SEP - 3 2024

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

jeanette - theresa: mangia
twenty four august two thousand twenty - four