# Claim

amen

i woman say on sixth january two thousand twenty-one several officers used excessive force against i when there was no need to do so. i demand these officers be held liable for their conduct towards i on that day. i demand action be taken to correct this claim. the demeanor of these officers was unjust and shows the officers intentional abuse of power. i say actors of both the (mpd) metropolitan police department and the capitol police conspired together to assualt i.

amen

twenty-four august two thousand twenty-four

jeanette-theresa:mangia

RECEIVED
Mail Room
SEP - 3 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia